CARLOS FIGUEROA *v.* COMMISSIONER OF
CORRECTION

SULLIVAN, C. J., and ZARELLA, J., did not participate in the consideration or decision of this petition.

*David B. Rozwaski,* special public defender, in support of the petition.

*Julia K. Mahoney Conlin,* deputy assistant state's attorney, in opposition.

Decided March 11, 2003

TODD BOLMER *v.* CHRISTOPHER MCKULSKY ET AL.

*Richard L. Newman,* in support of the petition.

*Lawrence L. Connelli,* in opposition.

Decided March 11, 2003

STATE OF CONNECTICUT *v.* THOMAS W. GASSER

KATZ, J., did not participate in the consideration or decision of this petition.

*John R. Williams,* in support of the petition.

*Margaret Gaffney Radionovas,* senior assistant state's attorney, in opposition.

Decided March 11, 2003

STATE OF CONNECTICUT *v.* JOHN MICHAEL BOURGOIN

*Deborah G. Stevenson,* special public defender, in support of the petition.

*Julia K. Mahoney Conlin,* deputy assistant state's attorney, in opposition.

Decided March 11, 2003

C. J. MOZZOCHI *v.* JAMES HALLAS ET AL.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*C. J. Mozzochi,* pro se, in support of the petition.

Decided March 11, 2003

DANIEL V. PRESNICK *v.* MITCH GOLDBLATT

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.